| | | | | |
|---|---|---|---|---|
| Harmon v. State ............... | 45A03–1605–PC–1048 | 04/12/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| C.C. v. State ................... | 27A02–1611–JV–2960 | 04/12/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Sharp v. State ................. | 05A05–1610–CR–2284 | 04/13/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Rueth Development Company v.<br>H&H Rueth, Inc............... | 45A03–1608–CP–1821 | 04/17/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| D.J., In re Paternity of .......... | 82A01–1606–JP–1406 | 04/17/2017 | VAIDIK, C.J.<br><br>BROWN, J.<br>BRADFORD, J. | Affirmed in part and Remanded with instructions<br>Concurs<br>Concurs in part and Dissents in part with separate opinion |
| Sutton v. State ................. | 02A03–1611–CR–2638 | 04/17/2017 | BRADFORD, J.<br><br>NAJAM, J.<br>RILEY, J. | Affirmed in part, Reversed in part, and Remanded with instructions to vacate count II<br>Concurs<br>Concurs |
| Lincey v. State ................. | 49A05–1609–CR–2185 | 04/17/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Harsco Corporation v. Orta ...... | 93A02–1610–EX–2378 | 04/17/2017 | BRADFORD, J.<br>NAJAM, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |